**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000061
16-JUN-2021
08:57 AM
Dkt. 34 OAWST**

NO. CAAP-21-0000061

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MICHAEL C. GREENSPON, Plaintiff-Appellant, v.
PROMMIS HOLDINGS, LLC; EC CLOSING CORP.,
formerly known as CAL-WESTERN RECONVEYANCE CORP.;
OLD ALABAMA CLOSING CORP., formerly known as
PROMMIS SOLUTIONS HOLDING CORP., Defendants-Appellees,
DOES 1-50, Defendants
(CIVIL NO. 2CC141000018)

AIG SPECIALTY INSURANCE CO., Non-Party/Plaintiff-Appellee, v.
MICHAEL C. GREENSPON, Defendant-Appellant

MICHAEL C. GREENSPON, Counterclaim Third-Party Plaintiff-
Appellant, v. AIG SPECIALTY INSURANCE CO., Counterclaim
Defendant-Appellee, PROMMIS SOLUTIONS HOLDING CORP.,
now known as OLD ALABAMA CLOSING CORP.;
MCCORRISTON MILLER MUKAI MACKINNON LLP;
AMERICAN INTERNATIONAL GROUP, INC., Third-Party Defendants-
Appellees, DOES 10-30, Third-Party Defendants
(S.P. NO. 19-1-0015(2))

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Wadsworth, JJ.)

Upon consideration of the Stipulation and Order for
Dismissal of Appeal, filed June 9, 2021, by Non-Party/Plaintiff/
Counterclaim Defendant-Appellee AIG Specialty Insurance Co., the
papers in support, and the record, it appears that (1) the appeal
has been docketed; (2) the parties stipulate to dismiss the
appeal with prejudice and bear their own attorneys' fees and
costs; (3) the stipulation is signed by counsel for all parties

appearing in the appeal and all parties appearing self-represented; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, June 16, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge